



# MEMORANDUM OPINION

No. 04-11-00177-CR

**IN RE** Ervin Earl **ELLISON**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:  Catherine Stone, Chief Justice
     Phylis J. Speedlin, Justice
     Marialyn Barnard, Justice

Delivered and Filed:  March 23, 2011

PETITION FOR WRIT OF MANDAMUS DENIED

On March 4, 2011, relator filed a petition for writ of mandamus.  The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED.  *See* TEX. R. APP. P. 52.8(a).

               PER CURIAM

DO NOT PUBLISH

---

[1] This proceeding arises out of Cause No. 2005-CR-8039, styled *State of Texas v. Ervin Earl Ellison*, in the 144th Judicial District Court, Bexar County, Texas, the Honorable Angus K. McGinty presiding.